THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DONNA FORD SB#131924
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2875
    Facsimile: (213) 894-0115

Attorney for Defendant
United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| RICHARD A. VELOZ, | NO. CV 07-2685 AHM (AGRx) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| Counterclaimant, | |
| v. | |
| RICHARD A. VELOZ, | |
| Counterdefendant | |

1     IT IS HEREBY ORDERED, that this action, including all claims
2     and counterclaims, is dismissed with prejudice.  Make JS-6.
3 DATED: February 22, 2008

                                          HON. A. HOWARD MATZ
                                          UNITED STATES DISTRICT JUDGE

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA BROWN
Assistant United States Attorney
Chief, Tax Division

_____
DONNA FORD
Assistant United States Attorney
Attorneys for Defendant/Counterclaimant
United States of America

2